962 F. Supp. 1520

INTERCARGO INSURANCE CO., F/K/A AND INTERNATIONAL CARGO & SURETY CO., (SURETY FOR M. GENAUER), PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 92–09–00595

(Dated May 1, 1997)

## ORDER

MUSGRAVE, *Judge:* Upon reading defendant's motion to dismiss; upon considering plaintiff's response thereto, if any, and other papers and proceedings had herein, it is hereby

ORDERED that defendant's motion is granted and this action is dismissed.